THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, a New Jersey Company,<br><br>Plaintiff,<br><br>v.<br><br>EXPEDITORS INTERNATIONAL OF WASHINGTON, INC., a Washington Corporation,<br><br>Defendant. | Case No. 2:22-cv-00963-TL<br><br>**STIPULATION AND (PROPOSED) ORDER TO TRANSFER VENUE PURSUANT TO FRCP 12(b)(3) and 28 U.S.C. § 1404** |

Plaintiff Federal Insurance Company and Defendant Expeditors International of Washington, Inc. jointly stipulate, pursuant to 28 U.S.C. § 1404, to transfer this case to the U.S. District Court for the Southern District of New York. The parties request that the Court vacate Defendant's Fed. R. Civ. P. 12(b)(3) motion to transfer venue and enter the proposed order, submitted with this stipulation, authorizing the Clerk to immediately transfer this case to the Southern District of New York.

STIPULATION AND (PROPOSED) ORDER TO TRANSFER VENUE PURSUANT TO FRCP 12(b)(3) AND 28 U.S.C. § 1404 - 1
CASE NO. 2:22-cv-00963-TL
116719.0038/9122684.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

DATED:  September 8, 2022

LANE POWELL PC

By: s/ *Steven W. Block*
Steven W. Block, NY State Bar No. 2121259
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, WA 98111-9402
206.223.7718
blocks@lanepowell.com

*Attorney for Defendant Expeditors International of Washington, Inc.*

VI JEAN RENO

By: s/ *Vi Jean Reno*
Vi Jean Reno, WSBA No. 9385
Law Offices of Vi Jean Reno
1420 Fifth Avenue, Suite 3000
Seattle, WA 98101
206.464-0461
vjreno@renolawsea.com

*Attorney for Plaintiff Federal Insurance Co.*

STIPULATION AND (PROPOSED) ORDER TO TRANSFER VENUE PURSUANT TO FRCP 12(b)(3) AND 28 U.S.C. § 1404 - 2
CASE NO. 2:22-cv-00963-TL
116719.0038/9122684.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

# ORDER

Pursuant to the parties' Stipulation to Transfer Venue Pursuant to Fed. R. Civ. P. 12(b)(3) and 28 U.S.C. § 1404, it being so stipulated, it is hereby ORDERED that the Clerk shall transfer this case to U.S. District Court for the Southern District of New York under 28 U.S.C. § 1404(a).

IT IS SO ORDERED.

Dated this 9th day of September 2022.

Tana Lin
United States District Judge

*Presented by*:

LANE POWELL

BY:  *s/ Steven W. Block*
    Steven W. Block, WSBA No. 24299
    LANE POWELL, PC
    1420 Fifth Avenue, 42nd floor
    Seattle, Washington 98101
    Telephone: (206) 223-7718
    Email: blocks@lanepowell.com
*Attorney for Defendant Expeditors International of Washington, Inc.*


VI JEAN RENO

By: *s/ Vi Jean Reno*
    Vi Jean Reno, WSBA No. 9385
    Law Offices of Vi Jean Reno
    1420 Fifth Avenue, Suite 3000
    Seattle, WA 98101
    206.464-0461
    Email: vjeanreno@renolawsea.com
*Attorney for Plaintiff Federal Insurance Co.*

STIPULATION AND (PROPOSED) ORDER TO TRANSFER VENUE PURSUANT TO FRCP 12(b)(3) AND 28 U.S.C. § 1404 - 3
CASE NO. 2:22-cv-00963-TL
116719.0038/9122684.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107